IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JACOB HIRNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:24-CV-00949 -CNS-STV |
| 1951 S FEDERAL BLVD LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF DISMISSAL**

In accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 11) filed May 21, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, 1951 S FEDERAL BLVD LLC, and this entire action, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedures.

Dated this 22nd day of May 2024.

By the Court

_____
Charlotte N. Sweeney
United States District Judge